UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA SAENZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:23-cv-01147-NODJ-EPG (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 15) |

On January 5, 2024, Plaintiff Shawna Saenz and Defendant Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 15.)  They agree that, on remand, "the Commissioner will offer Plaintiff an opportunity for a new hearing, further develop the record as necessary, and issue a new decision."  (*Id.* at 2.)  The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.*)

Accordingly,

1. The stipulation of the parties, (ECF No. 15), is granted;

2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

///

1

3. Plaintiff's motion for summary judgment, (ECF No. 10), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Shawna Saenz and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

DATED: January 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE